JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JACK BARKER and JAMES ALEXANDER BARKER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, in his Official Capacity, Secretary, U.S. Department of Homeland Security; UR MENDOZA JADDOU, in her Official Capacity, Director, U.S. Citizenship and Immigration Services; and ALISSA EMMEL, in her Official Capacity, Chief, USCIS Immigrant Investor Program Office,<br><br>Defendants. | Case No.: 8:23-cv-00597-WLH-DFM<br><br>**ORDER STAYING CASE PENDING ADJUDICATION [34]** |

On September 19, 2023, the Parties filed the Stipulation to Stay Case Pending Adjudication. ECF No. 34. The Court, having considered the Parties' Stipulation and the supporting declaration, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The parties shall proceed as agreed in the Parties' Stipulation and subject to the terms and timeframes agreed upon in the Parties' Stipulation;

2. This case is HEREBY STAYED and administratively closed pending adjudication of Plaintiffs' I-526 Petitions; and

3. The parties shall file a joint status report on or before April 1, 2024, if this action has not been dismissed by that date.

**IT IS SO ORDERED.**

Dated: September 22, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE